UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| RENE SAENZ AND TRAVIS COLLINS Individually and on Behalf of all others similarly situated, Plaintiffs, | § § § § § | COLLECTIVE ACTION COMPLAINT |
| vs. | § § § | CIVIL ACTION NO. 7:20-cv-165-DC-RCG |
| DXP ENTERPRISES, INC. AND CHEVRON U.S.A., INC. Defendants. | § § § | |

## NOTICE OF SETTLEMENT

Plaintiff hereby files this Notice of Settlement, and would show the Court as follows:

The parties have reached an agreement which resolves this case, as well as two related cases, *Warden v. DXP Enterprises, Inc.*[1] and *Marshall et al v. Chevron U.S.A., Inc. and DXP Enterprises, Inc.*[2] The parties anticipate that they can file a motion for approval of the settlement within 30 days from today's date.

Respectfully submitted,

By: /s/ Josh Borsellino
Josh Borsellino
Texas Bar No. 24045532
Borsellino, P.C.
Office Address:
1020 Macon St., Suite 15
Fort Worth, Texas 76102
Mailing Address:
3267 Bee Cave Rd., Ste. 107, Box # 201
Austin, TX 78746

---

[1] Cause No. 2:19-CV-407-MV-GJF, pending in the District of New Mexico.

[2] Cause No. 1:21-cv-00022-MV-GJF, pending in the District of New Mexico.

>Telephone: (817) 908-9861
>Facsimile: (817) 394-2412
>Email: josh@dfwcounsel.com

>**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on all counsel of record through the ECF filing system of the District of New Mexico on May 21, 2021.

    /s/ Josh Borsellino